IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| WESTERN WATERSHEDS PROJECT<br><br>Plaintiff,<br><br>v.<br><br>DAVID ROSENKRANCE, BLM Challis Field Office Manager, and BUREAU OF LAND MANAGEMENT; FRANK GUZMAN, Salmon- Challis National Forest Supervisor, and UNITED STATES FOREST SERVICE; BRIAN KELLY, U.S. Fish & Wildlife Service Snake River Office Field Supervisor, and U.S. FISH & WILDLIFE SERVICE; and DAVID MABE, NOAA Fisheries Idaho State Habitat Office Supervisor, and NOAA FISHERIES,<br><br>Defendants. | Case No. 4:CV 09-532-BLW<br><br>**ORDER GRANTING JOINT STIPULATION OF DISMISSAL** |

    Plaintiff and Defendants have submitted to the Court a Settlement Agreement and Joint Stipulation of Dismissal in order to resolve this action. Having reviewed the Settlement Agreement and Joint Stipulation, and good cause appearing,

    NOW THEREFORE IT IS HEREBY ORDERED that the Joint Stipulation of Dismissal (docket no 47) is APPROVED.

    IT IS FURTHER ORDERED, that this action is hereby DISMISSED WITH

**Order - 1**

PREJUDICE, but the Court shall retain jurisdiction to oversee performance of the Settlement Agreement and Joint Stipulation of Dismissal (docket no. 47), incorporated fully herein by reference, and to allow any party to enforce the terms of the Settlement Agreement as provided therein.

      IT IS FURTHER ORDERED, that the Clerk shall close this case.

DATED: **February 11, 2011**

/s/ B. Lynn Winmill
B. LYNN WINMILL
Chief Judge
United States District Court

**Order - 2**